IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONES LANG LASALLE BROKERAGE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:20-cv-03687-TNM |
| 1441 L ASSOCIATES, LLC, d/b/a/ 1441 L STREET ASSOCIATES, LLC, | ) ) ) ) |
| Defendant. | ) ) ) |

**NOTICE WITHDRAWING APPEARANCE OF CO-COUNSEL ON BEHALF OF PLAINTIFF, JONES LANG LASALLE BROKERAGE, INC.**

Pursuant to LCVr 83.6(b), please withdraw the appearance of John A. Nader and Hinshaw & Culbertson, LLP as co-counsel for Plaintiff, Jones Lang LaSalle Brokerage, Inc. in the above-captioned action. Plaintiff shall continue to be represented by the remaining co-counsel of record.

Respectfully submitted,

/s/ John A. Nader
John A. Nader (D.C. Bar No. 974890)
HINSHAW & CULBERTSON, LLP
700 12th Street, N.W., Suite 700
Washington, DC 20005
Tel.: (202) 979-5280
Fax: (212) 935-1166
jnader@hinshawlaw.com

*Co-Counsel for Plaintiff,*
*Jones Lang LaSalle Brokerage, Inc.*

1

## **CERTIFICATE OF SERVICE**

I certify that on <u>September 4, 2023,</u> I filed the foregoing Notice Withdrawing Appearance with the Clerk of the Court using the CM/ECF System, which then served a Notice of Electronic Filing on:

Alexander M. Laughlin, Esq.
Oden, Feldman & Pittleman, PC
1775 Wiehle Avenue
Suite 400
Reston, VA 20190
alex.laughlin@ofplaw.com

*Counsel for Defendant*

                                           /s/ John A. Nader
                                           John A. Nader